IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TROY ANTHONY HARDEN, | : |
| Petitioner, | : |
| VS. | : |
| | : CIVIL ACTION: 5:12-CV-218 (MTT) |
| KENNETH VAUGHN, | : |
| Respondent. | : |

## ORDER

Before the Court are Petitioner Troy Harden's Motion to Appoint Counsel (Doc. 44) and Motion for the Appeal to be Heard on Full Records (Doc. 45). The record reveals that Petitioner's application for a Certificate of Appealability ("COA") from the dismissal of his 42 U.S.C. § 2254 petition was denied in this Court's September 30, 2013, Order.

As to Petitioner's motion for appointment of counsel, it is found that there is no action pending in this Court following the denial of his COA. Thus, Petitioner's motion is appointment of counsel is **DENIED as MOOT**. Petitioner's "Request the Appeal be heard on the full records (original records)" is also **DENIED as MOOT**. With electronic filing, the Court of Appeals has access to all of the documents filed in this Court.

**SO ORDERED,** this 19th day of November, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lws