IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TROY ANTHONY HARDEN,** : | |
| : | |
| **Petitioner,** : | |
| : | |
| VS. : | |
| : | CIVIL ACTION: 5:12-CV-218 (MTT) |
| **KENNETH VAUGHN,** : | |
| : | |
| **Respondent.** : | |

## ORDER

Petitioner **TROY ANTHONY HARDEN** has filed a motion for leave to proceed *in forma pauperis* on appeal. (Doc. 41). In a Recommendation dated August 21, 2013, the United States Magistrate Judge recommended that a Certificate of Appealability ("COA") be denied in this 28 U.S.C. § 2254 action. (Doc. 36). The United States District Court adopted the Recommendation on September 30, 2013. (Doc. 38). Because Petitioner is not entitled to a COA, he is not entitled to appeal *in forma pauperis*. Accordingly, Petitioner's motion to proceed *in forma pauperis* on appeal is **DENIED**.

**SO ORDERED**, this 20th day of December, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT